# Supreme Court of Florida

THURSDAY, JUNE 20, 2019

**CASE NO.: SC19-904**
Lower Tribunal No(s).:
2017-10,559 (20B);
2017-10,561 (20B);
2018-10,325 (20B)

| THE FLORIDA BAR | vs. | ERIC ROBERT STANCO |
|---|---|---|
| Complainant(s) | | Respondent(s) |

The conditional guilty plea and consent judgment for discipline are approved and respondent is suspended from the practice of law for ten days, effective thirty days from the date of this order so that respondent can close out his practice and protect the interests of existing clients. If respondent notifies this Court in writing that he is no longer practicing and does not need the thirty days to protect existing clients, this Court will enter an order making the suspension effective immediately. Respondent shall fully comply with Rule Regulating the Florida Bar 3-5.1(h). Respondent is further directed to comply with all other terms and conditions of the consent judgment.

Upon reinstatement, respondent is further placed on probation for one year under the terms and conditions set forth in the consent judgment.

CASE NO.: SC19-904
Page Two

Judgment is entered for The Florida Bar, 651 East Jefferson Street, Tallahassee, Florida 32399-2300, for recovery of costs from Eric Robert Stanco in the amount of $1,420.75, for which sum let execution issue.

Not final until time expires to file motion for rehearing, and if filed, determined. <u>The filing of a motion for rehearing shall not alter the effective date of this suspension.</u>

CANADY, C.J., and POLSTON, LABARGA, LAWSON, LAGOA, LUCK, and MUÑIZ, JJ., concur.

A True Copy
Test:

John A. Tomasino
Clerk, Supreme Court

ca
Served:

LISA BUZZETTI HURLEY
EDWARD LOUIS LARSEN
ADRIA E. QUINTELA